UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY MARQUISE EMERY, JR.,

    Petitioner,

v.

PATRICK GLEBE,

    Defendant.

CASE NO. C15-5280-BHS-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 5). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's application to proceed *in forma pauperis* is **DENIED**; and

(3)     Petitioner is instructed to **pay the filing fee of $5 within 30 days** of the date of this order or this case will be dismissed.

Dated this 25th day of June, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER